## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

MARINER HEALTHCARE, INC.; ET AL.,                           PLAINTIFFS,

VS.                                             CIVIL ACTION NO. 3:04CV159-P-A

JIMMY PUFFER, ET AL.,                                    DEFENDANTS.

## ORDER

This matter comes before the court upon Plaintiffs' Motion for Sealed Access [44-1]. Upon

due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion for Sealed Access [44-1] is **GRANTED**; accordingly,

(2) Access to Exhibits "B," "C," "E," and "F" attached to the plaintiffs' rebuttal

memorandum brief [41-1] in response to the defendant's response to the plaintiffs' motion to compel

arbitration is hereby **SEALED**.

**SO ORDERED** this the 2d day of December, A.D., 2005.


                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE